_____ FILED _____ ENTERED
_____ LODGED _____

MAR  4 2003    DJ

AT SEATTLE
CLERK U.S. DISTRICT C...
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TREVOR SCOTT GRIFFEY,

         Plaintiff,

    v.

THE CITY OF SEATTLE,
a municipal corporation,

   and

DAN WHELAN, in his capacity as a
police officer for the City of Seattle and
as an individual,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CV03   0537L**

NO.

COMPLAINT FOR DAMAGES



CV 03-0537  #1

COMPLAINT FOR DAMAGES - 1

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## INTRODUCTION

1.     This is a civil action seeking damages against the above-named defendants. The civil claims include a common law tort cause of action, statutory causes of action, and offenses committed under color of law resulting in a deprivation of rights secured by the Constitution and laws of the United States of America.

## JURISDICTION AND VENUE

2.     This Court has personal and subject matter jurisdiction over plaintiff's federal civil rights claims under Title 42, United States Code, § 1983, and Title 28, United States Code, §§ 1331 and 1343(a)(3).

3.     This Court has pendent jurisdiction over plaintiff's state law claim and over defendants as to said claim, pursuant to Title 28, United States Code, § 1367 (Judicial Improvements Act of 1990), Public Law No. 101-650, 104 Stat. 5089 (1990).

4.     The acts and omissions complained of herein occurred in King County, Washington, and the defendants are residents and citizens of the State of Washington.

5.     Plaintiff is a resident and citizen of the state of Washington.

6.     Venue in this Court is proper pursuant to Title 28, United States Code, § 1391.

COMPLAINT FOR DAMAGES - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

## PARTIES

7.      Plaintiff Trevor Scott Griffey is a citizen of the United States and a citizen and resident of the state of Washington.

8.      Defendant City of Seattle is a municipal corporation organized under the laws of the State of Washington.  Defendant City of Seattle is sued directly under Title 42, United States Code, § 1983 as to the federal causes of action, and under the doctrine of *respondeat superior* as to the state law cause of action.

9.      Defendant City of Seattle includes, as one of its agencies, the Seattle Police Department.

10.     At all times material to this complaint, defendant Dan Whelan was a police officer employed by defendant City of Seattle.  At all times material to this complaint, defendant Dan Whelan was an agent and employee of defendant City of Seattle and was acting within the scope of his employment with the City of Seattle, under color of the laws of the State of Washington.

11.     Defendant Dan Whelan is sued in his individual capacity and in his official capacity as an agent and employee of defendant City of Seattle.

## FACTUAL ALLEGATIONS

12.     On or about August 25, 2001, a rally entitled "Reclaim the Streets" took place in downtown Seattle.

COMPLAINT FOR DAMAGES - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

13.   Defendant City of Seattle sent officers of the Seattle police department to the downtown area. The officers patrolled the streets.

14.   Defendant City of Seattle provided its police officers with what is believed to be pepper spray to use against citizens in the downtown area.

15.   Pepper spray is a dangerous chemical weapon.

16.   Plaintiff Trevor Griffey stood on the sidewalk on Fifth Avenue between Olive and Virginia Streets in downtown Seattle.

17.   Plaintiff was on the scene on assignment for the *Seattle Weekly* covering the rally.

18.   Seattle police officers had formed a line on Fifth Avenue facing toward various citizens who stood on the Fifth Avenue sidewalk.

19.   Claimant observed Seattle police officer Dan Whelan walk onto the sidewalk and punch a young woman in the face. Whelan then walked towards claimant. Claimant told Whelan that he saw what Whelan did. Whelan pushed claimant and knocked him down on the sidewalk on his back.

20.   While plaintiff lay on his back on the sidewalk, Whelan sprayed chemical spray on claimant's face and body, resulting in personal injury.

21.   Claimant was neither arrested nor charged with any offense.

22.   Neither defendant Whelan nor any of the other police officers present provided or attempted to provide any first aid to plaintiff.

COMPLAINT FOR DAMAGES - 4

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

23.     A civilian photographer videotaped the incident.  Seattle police seized the videotape.

24.     Plaintiff notified the Seattle Police Department Office of Professional Accountability of the incident.  That office conducted an investigation.  No discipline was recommended or imposed.

25.     As a result of the acts and omissions of defendants, plaintiff suffered personal injuries.

## FIRST CAUSE OF ACTION:
## VIOLATION OF THE FIRST AMENDMENT

26.     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 25.

27.     The acts and omissions of defendants herein were done under color of state law, custom or usage.

28.     Plaintiff had a federally-protected right, under the freedom of speech, press and assembly provisions of the First Amendment to the United States Constitution, to be present in downtown Seattle and to observe the contacts between police officers and citizens during the Reclaim the Streets-related protests and gatherings.

29.     The acts and omissions of defendants herein proximately caused the deprivation of the First Amendment rights of Trevor Griffey.

COMPLAINT FOR DAMAGES - 5

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

30.    As a proximate result of the acts and omissions of defendants and deprivation of plaintiff's First Amendment rights, plaintiff suffered personal injuries as set forth hereinabove.

**SECOND CAUSE OF ACTION:**
**VIOLATION OF THE FOURTH AMENDMENT PROHIBITION**
**AGAINST UNREASONABLE SEIZURES**

31.    Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 30.

32.    The acts and omissions of defendants herein were done under color of state law, custom or usage.

33.    Trevor Griffey was seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants set forth herein.

34.    Trevor Griffey had a federally-protected right, under the Fourth Amendment, not to be subjected to an unreasonable seizure.

35.    The acts and omissions of defendants herein proximately caused the deprivation of the Fourth Amendment rights of Trevor Griffey.

36.    As a proximate result of the acts and omissions of defendants and deprivation of plaintiff's Fourth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove.

COMPLAINT FOR DAMAGES - 6

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIRD CAUSE OF ACTION:
VIOLATION OF FOURTH AMENDMENT
PROHIBITION AGAINST THE USE OF UNREASONABLE FORCE

37.     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 36.

38.     The acts and omissions of defendants herein were done under color of state law, custom or usage.

39.     Trevor Griffey was seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants as set forth herein.

40.     Trevor Griffey had a federally-protected right, under the Fourth Amendment, not to be subjected to the use of unreasonable force against his person.

41.     The acts and omissions of defendants herein proximately caused the deprivation of the Fourth Amendment rights of Trevor Griffey.

42.     As a proximate result of the acts and omissions of defendants and the deprivation of plaintiff's Fourth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove.

FOURTH CAUSE OF ACTION:
VIOLATION OF THE FOURTEENTH
AMENDMENT DUE PROCESS CLAUSE

43.     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 42.

COMPLAINT FOR DAMAGES - 7

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

44.     The acts and omissions of defendants herein were performed under color of state law, custom or usage.

45.     Trevor Griffey had federally-protected rights, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, to remain in a public place of his choice and the right to move from one place to another, in order to observe the actions of the police and the citizens in downtown Seattle.

46.     The acts and omissions of defendants herein proximately caused the deprivation of plaintiff's Fourteenth Amendment rights.

47.     As a proximate result of the acts and omissions of defendants, plaintiff suffered personal injuries as set forth hereinabove.

## FIFTH CAUSE OF ACTION:
## MUNICIPAL LIABILITY OF THE CITY OF SEATTLE

48.     Plaintiff hereby incorporates and realleges as though fully set forth herein each and every allegation of paragraphs 1 through 47.

49.     At all times material to this complaint, defendant City of Seattle, by and its chief of police, had in effect certain explicit and *de facto* policies, practices and customs which were applied to the treatment of civilians in downtown Seattle during the Reclaim the Streets protest, including the use of chemical weapons against innocent civilians such as plaintiff Trevor Griffey.

COMPLAINT FOR DAMAGES - 8

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

50.     For purposes of the incident described herein, it was the policy, custom and practice of the City of Seattle to utilize unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiff, set forth hereinabove.

51.     It was further the policy of the City of Seattle to approve, acquiesce, condone and ratify the use of unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiff in the incident described hereinabove.

52.     The policy, practice and custom of approving, acquiescing in, condoning and/or ratifying the use of unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiff in the incident described herein was a deliberate choice by defendant City of Seattle.

53.     These policies, practices and customs were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiff as set forth hereinabove.

54.     The above-described policies, practices and customs of defendant City of Seattle proximately caused the deprivation of the First, Fourth and Fourteenth Amendment rights of the plaintiff.

55.     As a proximate result of the above-described policies, practices and customs of defendant City of Seattle, and as a result of the deprivation of plaintiff's First, Fourth and Fourteenth Amendment rights, plaintiff suffered personal injuries as set forth hereinabove.

COMPLAINT FOR DAMAGES - 9

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIXTH CAUSE OF ACTION:
ASSAULT AND BATTERY

56.     Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 55.

57.     Defendants assaulted and battered plaintiff Trevor Griffey.

58.     Defendant City of Seattle is liable for the actions of defendant Dan Whelan under the doctrine of *respondeat superior*.

59.     As a direct, proximate and foreseeable result of the wrongful actions described hereinabove, plaintiff has been damaged in an amount in excess of the minimum jurisdiction of this Court.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows:

Compensatory Damages:  The defendants should be required to pay compensatory damages in an amount to be proven at trial.

Attorneys' Fees: The defendants should be required to pay the plaintiff's reasonable attorneys' fees and costs pursuant to Title 42, United States Code, § 1988.

COMPLAINT FOR DAMAGES - 10

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

1

2      <u>Other Relief</u>:  The Court should grant the plaintiff such other and further relief as

3  the Court deems just and equitable.

4          DATED this the ⁓⁓ day of March, 2003.

5

6                                          Respectfully submitted,

7                                          MUENSTER & KOENIG

8

9                                          By: _____

10                                         JOHN R. MUENSTER
                                           WSBA No. 6237
11                                         Attorney at Law

12                                         Of Attorneys for Plaintiff Trevor Griffey

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27     COMPLAINT FOR DAMAGES - 11

28

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

JS 44
(Rev. 07/89)

**CIVIL COVER SHEET**

CV03  0537L

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Trevor Scott Griffey

## DEFENDANTS

City of Seattle; Dan Whelan

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___King___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___King___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

FILED        ENTERED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John R. Muenster
Muenster & Koenig
999 - 3rd Ave., Suite 4100 Wells Fargo Center
Seattle, WA 98104
(206)467-7500

MAR 4 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

ATTORNEYS (IF KNOWN)

Seattle City Attorney's Office, Tort Division
600 - 4th Ave., 10th Floor
Seattle, WA 980104
(206)684-8200

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX
(For Diversity Cases Only)                          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Title 42, United States Code, § 1983:  Violation of First,
Fourth and Fourteenth Amendments; state law tort claim of assault and battery

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Other | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VII. REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:**   ☐ YES  ☒ NO

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE _____

DOCKET NUMBER_____

DATE
March 3, 2003

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**UNITED STATES DISTRICT COURT**